IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

GERALD J. and SUSAN R. PIESCHEL,

CHAPTER 7

Case No. 09-34847-MDM

Debtor(s).

### FINAL ORDER EXTENDING DEADLINE
### TO DISGORGE A PORTION OF BANKRUPTCY PETITION PREPARER FEES
### AND TO PAY FINE FOR VIOLATION OF 11 U.S.C. SECTION 110

For the reasons set forth in the bankruptcy petition preparer's second request for extension of time to disgorge a portion of bankruptcy petition preparer fees and to pay fine for violation of 11 U.S.C. section 110 filed on June 22, 2010,

**IT IS ORDERED,** the time to disgorge $325 of the bankruptcy petition preparer fees and to pay the $300 fine imposed by the court for three violations of 11 U.S.C. section 110 is extended to **July 15, 2010**.

Dated: June 28, 2010

Margaret Dee. McGarity
Chief Judge, U.S. Bankruptcy Court