IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: July 26, 2010



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

GERALD J. & SUSAN R. PIESCHEL,

Debtor(s).

Case No. 09-34847

Chapter 7

### ORDER TO SHOW CAUSE

Jennifer Valente Abbott, the bankruptcy petition preparer in the above-captioned case having been ordered to disgorge $325 of the bankruptcy petition preparer fees and to pay $300 fine imposed by the court for three violations of 11 U.S.C. section 110 entered on April 1, 2010, as extended on June 3, 2010, and as further extended on June 28, 2010,

IT IS ORDERED that Ms. Valente Abbott shall appear before the Honorable Margaret Dee McGarity on August 24, 2010, at 11:45 a.m., in Room 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, to show cause why sanctions for contempt should not be imposed for violating the Court's Orders of April 1, 2010, June 3, 2010 and June 28, 2010.

# # #