Received

JUL 2 8 2010

US Trustee's Office
Eastern District of WI

July 27-2010

To The Honorable Judge Mc Garity

As of July 27, 2010 we have not received any payment from Jennifer Valente in the amount of $325.00.
Attorney Debra Schneider and I have talked about this several times. We hope this matter can be resolved soon.

Thank You
For Your Help.
Gerald & Susan Piaschel

Case No. 09-34847-mdm.

FILED

2010 AUG 12 PM 4:32

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI



**U.S. Department of Justice**

Office of the United States Trustee

*Eastern District of Wisconsin*

---

517 East Wisconsin Avenue        414/297-4499
Suite 430        FAX 414/297-4478
Milwaukee, Wisconsin 53202

July 29, 2010

Wayne Blackwelder
Clerk of the U.S. Bankruptcy Court
126 Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Gerald and Susan Pieschel (Chapter 7)
            Case No.: 09-34847-mdm

Dear Mr. Blackwelder:

     We received the attached letter yesterday. The document appears to be an original in an open Chapter 7 case. It is not clear as to whether the Court was served with a copy. Pursuant to F.R.B.P. 5005(c) we are forwarding to you herewith the original document we received.

                     Sincerely,

                     David W. Asbach
                     Assistant United States Trustee

RECEIVED 2010 AUG 12 PM 4:23 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

FILED 2010 AUG 12 PM 4:32 US BANKRUPTCY COURT EASTERN DISTRICT OF WI