UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

| | |
|---|---|
| CHAPTER | 7 |
| DATE: | November 1, 2010 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 09-34847-MDM |
| DEBTOR: | Gerald and Susan Pieschel |
| NATURE OF HEARING: | Show cause why Ms. Valente Abbott should not be permanently enjoined from providing bankruptcy petition preparer services in the Eastern District of Wisconsin. |
| APPEARANCES: | Debra Schneider, Trial Attorney for U.S. Trustee |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 10:36 - 10:43 am |

There was no appearance by Ms. Valente Abbott.

Ms. Schneider stated that Ms. Valente violated court orders in this case of April 1, 2010, June 3, 2010, and June 28, 2010. In addition, the Honorable Susan V. Kelley temporarily enjoined her from preparing bankruptcy petitions in the Eastern District of Wisconsin until she refunds $225 to the Debtor in *In Re Cydney G. Hubbard*, Case No. 10-29785-svk. The court also ordered her to pay back any other petition preparer's fee that a court has ordered to be refunded. Subsequently, Judge Kelley issued another order in *In Re Jon Robert Winkelhake*, Case No. 10-36074-svk, to show cause as to why Ms. Valente Abbott should not be held in contempt and fined for violating a court order.

The United States Trustee's office is also concerned there might be a ghost bankruptcy petition preparer with regard to *In Re John Elwood and Dawn Marie Rumbaugh*, Case No. 10-36423. The bankruptcy petition preparer in that case is disclosed as Brian F. Connell of BFC & Associates. Ms. Schneider indicated that in the middle of Form B19, the business name Valente & Associates had not been removed from the document. She researched the address of Mr. Connell and believes his previous address is the same address Ms. Valente Abbott puts on her petitions she has prepared.

Ms. Schneider requested the court permanently enjoin Ms. Valente Abbott from providing bankruptcy petition preparer services in the Eastern District of Wisconsin.

The court held that Ms. Valente Abbott is not only incompetent to act as a petition preparer, but she also ignores court orders. It is also evident her business does not have sufficient capital to make payments as required by court orders. She is repeatedly in contempt of this court's orders and those of other courts.

Therefore, Ms. Valente Abbott is permanently enjoined from providing bankruptcy petition preparer services in the Eastern District of Wisconsin, going forward.

SO ORDERED.
November 5, 2010

Margaret Dee McGarity
United States Bankruptcy Judge